IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF COLUMBIA

SETH GALANTER
145 T Street, NW
Washington DC 20001

       *Plaintiff,*

v.

       Case No. 26-1246

       **COMPLAINT**

U.S. DEPARTMENT OF EDUCATION,
400 Maryland Avenue Southwest
Washington, DC 20202

       *Defendant.*

## INTRODUCTION

1.     Plaintiff Seth Galanter brings this action against the United States Department of Education ("Department") under the Freedom of Information Act, 5 U.S.C. § 552 ("FOIA"), seeking injunctive relief to compel compliance with the requirements of FOIA.

2.     Plaintiff Galanter frequently files FOIA requests with the Department on various topics. Based on the extensive delays he has experienced since early 2025, he is concerned that the Department's FOIA system has been degraded by policies and practices of President Trump's administration, including laying off employees responsible for various elements of FOIA compliance. Court filings by the

Department of Justice in other FOIA cases appear to confirm that layoffs by the Trump Administration have resulted in delayed compliance with FOIA. *See* Nate Jones, *Did Trump Cuts Slow Access to Public Records? We Found 26 Cases That Say Yes*, WASHINGTON POST (Mar. 14, 2026 5:00PM) washingtonpost.com/investigations/2026/03/15/foia-trump-job-cuts-doge/.

3.      The eleven requests at issue ("Requests") in this Complaint primarily seek records to document the current functioning of the Department's FOIA system and identify potential policies or practices that are interfering with the Department's compliance with FOIA.

## JURISDICTION AND VENUE

4.      This Court has jurisdiction over this action pursuant to 5 U.S.C. § 552(a)(4)(B) and 28 U.S.C. § 1331.

5.      Venue is proper in this district pursuant to 5 U.S.C. § 552(a)(4)(B) and 28 U.S.C. § 1391(e).

6.      Because the Department has failed to comply with the applicable time-limit provisions of FOIA, Galanter is deemed to have exhausted his administrative remedies pursuant to 5 U.S.C. § 552(a)(6)(C)(i) and is now entitled to bring a judicial action seeking to enjoin the Department from continuing to withhold Department records and to order the production of Department records improperly withheld.

## PARTIES

7.      Plaintiff Seth Galanter is a private individual who submitted the eleven Requests at issue in this Complaint to the U.S. Department of Education under the Freedom of information Act, 5 U.S.C. § 552, between February 2025 and October 2025.

8.      Defendant U.S. Department of Education is a department of the executive branch of the United States government headquartered in Washington D.C. and an agency of the federal government within the meaning of 5 U.S.C. § 552(f)(1). The Department has possession, custody, and control of the records that Plaintiff seeks.

## STATEMENT OF FACTS

9.      The Supreme Court of the United States has held that "the basic purpose of FOIA is to ensure an informed citizenry, vital to the functioning of a democratic society, needed to check against corruption and to hold the governors accountable to the governed." *NLRB v. Robbins Tire & Rubber Co.*, 437 U.S. 214, 242 (1978).

10.     Federal law requires agencies subject to FOIA to make a determination on a request within 20 business days, beginning on the date the request is received, unless there are "unusual circumstances." 5 U.S.C. § 552(a)(6)(B).

11. The Department has not provided a determination, let alone made a single production, in response to any of the eleven FOIA Requests described below, all of which have been pending for more than 20 business days.

12. As detailed below, the Department has stated in response to some of Galanter's requests that its average processing time for a FOIA request is 185 business days, which itself is an acknowledgment that the Department is violating FOIA's timelines. In any event, seven of Galanter's requests described below have been pending for more than 185 business days, including four that have been pending for more than 270 business days.

13. The Department's delay stands in stark contrast to the acknowledgement of the United States that the "[t]imely disclosure of records is … essential to the core purpose of FOIA." U.S. Attorney General Merrick Garland, Memorandum for Heads of Executive Departments and Agencies: Freedom of Information Act Guidelines at 3 (March 15, 2022), https://www.justice.gov/ag/page/file/1483516/download.

**Request No. 25-02588-F**

14. On February 27, 2025, Galanter submitted a request seeking a spreadsheet (either excel or csv) with the following information for each case dismissed, closed, or resolved by the Office for Civil Rights (OCR) between January 20, 2025 and the date of search, in addition to records showing the meaning of all codes for the Case Management System:

- Docket number
- Region Name or Number

- Name of recipient
- State of recipient
- Zip code of recipient
- Whether the recipient is an ESE, PSE, Vocational, or Other
- Date allegation was received (or docketed)
- Date allegation was opened for investigation (if applicable)
- Date allegation was resolved/dismissed/or administratively closed (as applicable)
- Issue codes
- Code indicating whether OCR treated it as individual or class/system complaint
- When available, the Specific Basis Codes indicating race, sex, disability type (if any) of the complainant or complainants (if any)
- Whether the investigation was opened in response to a complaint or is a proactive directed investigation/compliance review.
- Codes indicating grounds for resolution (either under 302 or 303), dismissal, or administratively closure
- Code indicating whether case is still in monitoring

15.    The Department assigned the Request tracking number No. 25-02588-F.

16.    On February 28, 2025, the Department acknowledged receipt of Request No. 25-02588-F.

17.    On March 28, 2025, Galanter received a 20 Day Status Notification letter from the Department stating that Request No. 25-02588-F "was forwarded to the appropriate office(s) within the Department to conduct a search for any responsive records. At this time, your request is still being processed." The Department indicated that the "average request processing time is approximately 185 business days."

**Request No. 25-02590-F**

18.     On February 27, 2025, Galanter submitted a request seeking a spreadsheet (either excel or csv) with the following information for each case opened for investigation between January 20, 2025 and the date of search:

- Docket number
- Region Name or Number
- Name of recipient
- State of recipient
- Zip code of recipient
- Whether the recipient is an ESE, PSE, Vocational, or Other
- Date allegation was opened for investigation
- Issue codes
- Code indicating whether OCR treated it as individual or class/system complaint
- When available, the Specific Basis Codes indicating race, sex, disability type (if any) of the complainant or complainants (if any)
- Whether the investigation was opened in response to a complaint or is a proactive directed investigation/compliance review."

19.     The Department assigned the Request tracking number No. 25-02590-F.

20.     On February 28, 2025, the Department acknowledged receipt of Request No. 25-02590-F.

21.     On March 28, 2025, Galanter received a 20 Day Status Notification letter from the Department stating that Request No. 25-02590-F "was forwarded to the appropriate office(s) within the Department to conduct a search for any responsive records. At this time, your request is still being processed." The Department indicated that the "average request processing time is approximately 185 business days."

**Request No. 25-02847-F**

22.     On March 13, 2025, Galanter submitted a request seeking:

- A spreadsheet in excel or csv format of all FOIA requests received by ED on or after January 20, 2025 through the date of search. The spreadsheet should include FOIA id, requester name, organization, received date, request description, and current status.

- A separate spreadsheet in excel or csv format of all FOIA requests closed by ED on or after January 20, 2025 through the date of search. The spreadsheet should include FOIA id, requester name, organization, received date, request description, and, if records were released, the number of pages of records released.

23.     On March 13, 2025, the Department assigned the Request tracking number 25-02847-F.

24.     On March 14, 2025, the Department acknowledged receipt of Request No. 25-02847-F.

25.     On March 14, 2025, the Department updated the status of request No. 2502847-F to "In Process."

26.     The Department did not provide a 20 Day Status Notification for Request No. 25-02847-F.

**Request No. 25-03097-F**

27.     On March 28, 2025, Galanter submitted a request seeking records showing assessment of how the Department's Reductions in Force ("RIFs") will affect the ability to meet the Department's obligations to comply with FOIA, including FOIA's timelines.

28.     The Department assigned the Request tracking number No. 25-03097-F.

29.     On March 31, 2025, the Department acknowledged receipt of Request No. 25-03097-F.

30.     On March 31, 2025, the Department updated the status of Request No. 25-03097-F to "In Process".

31.     On April 25, 2025, Galanter received a 20 Day Status Notification letter from the Department stating that Request No. 25-03097-F "was forwarded to the appropriate office(s) within the Department to conduct a search for any responsive records. At this time, your request is still being processed." The Department indicated that the "average request processing time is approximately 185 business days" to conduct a search for any responsive records.

**Request No. 25-04365-F**

32.     On July 9, 2025, Galanter submitted a request seeking a spreadsheet from the FOIA Service Center of every FOIA request processed in FY24 and FY25 (to date of search). For each request, Galanter asked that the spreadsheet list:

- The FOIA docket number
- The name of the requester
- The organization of requester (if any)
- The requester category
- Whether the request was expedited
- The date the request was received
- The date the request was completed
- The text of the request itself
- A description of how the request was completed

33.     On July 9, 2025, the Department assigned the Request tracking number 25-04365-F.

34.     On July 10, 2025, the Department acknowledged receipt of Request No. 25-04365-F.

35.     On July 24, 2025, Galanter updated Request No. 25-04365-F to add an additional variable to the requested spreadsheet that included whether or not the request was deemed simple or complex.

36.     On August 5, 2025, Galanter received a 20 Day Status Notification letter from the Department stating that Request No. 25-04365-F "was forwarded to the appropriate office(s) within the Department to conduct a search for any responsive records. At this time, your request is still being processed." The Department indicated that the "average request processing time is approximately 185 business days" to conduct a search for any responsive records.

37.     On August 9, 2025, the Department updated the status of Request No. 25-04365-F to "In Process."

**Request No. 25-04366-F**

38.     On July 9, 2025, Galanter submitted a request seeking a spreadsheet (either excel or csv) with the following information for each case pending with OCR (received but not closed), in addition to records showing the meaning of all codes for the Case Management System:

- Docket number
- Region Name or Number, Name of recipient
- State of recipient
- Zip code of recipient
- Whether the recipient is an ESE, PSE, Vocational, or Other
- Date allegation was received (or docketed)
- Date allegation was opened for investigation (if applicable)

- Date allegation was resolved/dismissed/or administratively closed (as applicable)
- Issue codes
- Code indicating whether OCR treated it as individual or class/system complaint
- When available, the Specific Basis Codes indicating race, sex, disability type (if any) of the complainant or complainants (if any),
- Whether the investigation was opened in response to a complaint or is a proactive directed investigation/compliance review
- Codes indicating grounds for resolution (either under 302 or 303), dismissal, or administratively closure
- Code indicating whether case is still in monitoring, as well as records showing the meaning of all codes for the Case Management System.

39. On July 9, 2025, the Department assigned the Request tracking number 25-04366-F.

40. On July 10, 2025, the Department acknowledged receipt of Request No. 25-04366-F.

41. On August 9, 2025, the Department updated the status of Request No. 25-04366-F to "In Process."

42. On August 12, 2025, Galanter received a 20 Day Status Notification letter from the Department stating that Request No. 25-04366-F "was forwarded to the appropriate office(s) within the Department to conduct a search for any responsive records. At this time, your request is still being processed." The Department indicated that the "average request processing time is approximately 185 business days" to conduct a search for any responsive records.

**Request No. 25-04485-F**

43. On July 24, 2025, Galanter submitted a request seeking a spreadsheet from the FOIA Service Center of every FOIA request received, closed, or pending

10

between October 1, 2021 to date of search. In addition to the spreadsheet, Galanter

requested any records explaining the "Other code" and Final Disposition variables.

For each request, Galanter asked that the spreadsheet list:

- The FOIA docket number;
- Action office; if multiple action offices, whether OCR was one of those offices;
- Multi-track type;
- Request status;
- The date the request was received;
- The date the request was perfected;
- The date the request was closed;
- Days the request was on hold; whether there was a request for expedited processing;
- Whether the request for expedition was granted;
- The final disposition;
- Any reportable "Other code";
- The name of the requester; the organization of requester (if any); the requester category;
- The text of the request itself (or an existing summary thereof)

44.    On July 24, 2025, the Department assigned the Request tracking

number 25-04485-F.

45.    On July 25, 2025, the Department acknowledged receipt of Request

No. 25-04485-F.

46.    On August 8, 2025, the Department updated the status of Request No.

25-04485-F to "In Process."

47.    On August 19, 2025, Galanter received a 20 Day Status Notification

letter from the Department stating that Request No. 25-04485-F "was forwarded to

the appropriate office(s) within the Department to conduct a search for any

responsive records. At this time, your request is still being processed." The

11

Department indicated that the "average request processing time is approximately 185 business days" to conduct a search for any responsive records.

**Request No. 25-04785-F**

48.     On September 4, 2025, Galanter submitted a request seeking a spreadsheet of all active FOIAXpress licenses as of January 1, 2025, and a separate list of all active FOIAXpress licenses as of date of search. For each list, Galanter asked for the name and principal operating component of the employee or contractor to be provided.

49.     On September 4, 2025, the Department assigned the Request tracking number 25-04785-F.

50.     On September 5, 2025, the Department acknowledged receipt of Request No. 25-04785-F.

51.     On November 20, 2025, Galanter received a 20 Day Status Notification letter from the Department stating that Request No. 25-04785-F "was forwarded to the appropriate office(s) within the Department to conduct a search for any responsive records. At this time, your request is still being processed." The Department indicated that the "average request processing time is approximately 185 business days" to conduct a search for any responsive records.

**Request No. 25-04786-F**

52.     On September 4, 2025, Galanter submitted a request seeking any instructions to or from the Chief FOIA Officer about involvement of political appointees prior to release of FOIA records after January 20, 2025.

53. On September 4, 2025, the Department assigned the Request tracking number 25-04786-F.

54. On September 5, 2025, the Department acknowledged receipt of Request No. 25-04786-F.

55. On September 12, 2025, the Department updated the status of Request No. 25-04786-F to "In Process."

56. The Department did not provide a 20 Day Status Notification for Request No. 25-04786-F.

**Request No. 25-04789-F**

57. On September 4, 2025, Galanter submitted a request seeking a copy of a "User Logins Report" (in excel or csv format) run in FOIAXpress for all users in 2024 and 2025 (through date of search). Galanter requested that the report include the User Name, the User's POC, Login Time, Logout Time, and Duration. This report is described in the FOIAXpress User Manual at

https://docs.opexustech.com/docs/foiaxpress/11.4.0/foiaxpress/usermanual/Help.htm?#rhsearch=reports&t=FOIAXpress_User%2FUsing_FOIAXpress%2FReports%2FReport_Types%2FAudit_Reports%2Fuser_logins.htm&rhpgno=2.

58. The Department assigned the Request tracking number 25-04789-F.

59. On September 5, 2025, the Department acknowledged receipt of Request No. 25-04789-F.

60. On September 22, 2025, the Department updated the status of Request No. 25-04789-F to "In Process."

61. On November 20, 2025, Galanter received a 20 Day Status Notification letter from the Department stating that Request No. 25-04789-F "was forwarded to the appropriate office(s) within the Department to conduct a search for any responsive records. At this time, your request is still being processed." The Department indicated that the "average request processing time is approximately 185 business days" to conduct a search for any responsive records.

**Request No. 26-00096-F**

62. On October 20, 2025, Galanter submitted a request seeking budget records showing the amount of lapsed FY25 funds, broken down by program line/office.

63. On October 20, 2025, the Department assigned the Request tracking number 26-00096-F.

64. On November 26, 2025, the Department acknowledged receipt of Request No. 26-00096-F.

65. On December 18, 2025, Galanter received a 20 Day Status Notification letter from the Department stating that Request No. 26-00096-F "was forwarded to the appropriate office(s) within the Department to conduct a search for any responsive records. At this time, your request is still being processed." The Department indicated that the "average request processing time is approximately 185 business days" to conduct a search for any responsive records.

66. On February 17, 2026, the Department updated the status of Request No. 26-0096-F to "In Process."

## EXHAUSTION OF ADMINISTRATIVE REMEDIES

67.    As of the date of this Complaint, Galanter has not received any further communication from the Department regarding any of the eleven FOIA requests described above.

68.    As of the date of this Complaint, the Department has failed to: (a) notify Plaintiff of any determination regarding the eleven FOIA requests described above, including the scope of any responsive records the Department intends to produce or withhold and the reasons for any withholdings; or (b) produce the requested records or demonstrate that the requested records are lawfully exempt from production.

69.    Through the Department's failure to respond to the Requests within the period required by law, Plaintiff has constructively exhausted his administrative remedies and seeks judicial review.

## COUNT I

### Violation of FOIA, 5 U.S.C. § 552
### Failure to Conduct Adequate Search for Responsive Records

70.    Plaintiff repeats the allegations in the foregoing paragraphs and incorporates them as though fully set forth herein.

71.    Plaintiff properly requested records within the Department's possession, custody, and control.

72.    The Department is an agency subject to FOIA and must therefore make reasonable efforts to search for requested records.

15

73. The Department has failed to promptly review agency records for the purpose of locating those records that are responsive to the Requests.

74. The Department's failure to conduct adequate searches for responsive records violates FOIA.

75. Plaintiff is therefore entitled to injunctive relief requiring the Department to promptly make reasonable efforts to search for records responsive to the Requests.

## COUNT II
### Violation of FOIA, 5 U.S.C. § 552
### Wrongful Withholding of Non-Exempt Responsive Records

76. Plaintiff repeats the allegations in the foregoing paragraphs and incorporates them as though fully set forth herein.

77. Through the Requests, Plaintiff properly requested records within the Department's possession, custody, and control.

78. The Department is an agency subject to FOIA and must therefore release any non-exempt records in response to the Requests and provide a lawful reason for withholding any materials.

79. By failing to produce documents responsive to the Requests, the Department is wrongfully withholding non-exempt agency records.

80. The Department's failure to provide all non-exempt responsive records violates FOIA.

81. Plaintiff is therefore entitled to injunctive relief requiring the Department to promptly produce all non-exempt records responsive to the Requests

and provide indexes justifying the withholding of any responsive records withheld under claim of exemption.

## REQUESTED RELIEF

WHEREFORE, Plaintiff respectfully requests the Court to:

1.      Order the Department to conduct searches reasonably calculated to locate all records responsive to the Requests;

2.      Order the Department to produce any and all non-exempt records responsive to the Requests and indexes justifying the withholding of any responsive records withheld under claim of exemption;

3.      Enjoin the Department from continuing to withhold any and all non-exempt records responsive to the Requests;

4.      Award Plaintiff the costs of this proceeding, including reasonable attorneys' fees and other litigation costs reasonably incurred in this action, pursuant to 5 U.S.C. § 552(a)(4)(E); and

5.      Grant Plaintiff such other relief as the Court deems just and proper.

Dated: April 14, 2026                                    Respectfully submitted,

                                                        /s/ *Eric Rothschild*
Seth Galanter (D.C. Bar No. 479919)     Eric Rothschild (D.C. Bar No. 1048877)
Rule of Law Firm PLLC                   Laura Bart (D.C. Bar No. 90038373)
145 T Street, NW                        National Student Legal Defense Network
Washington DC 20001                     1701 Rhode Island Ave. NW
(202) 288-8188                          Washington, D.C. 20036
Seth.Galanter@RuleofLawFirm.com         (202) 734-7495
                                        Eric@defendstudents.org
                                        Laura@defendstudents.org

17