**IN THE UNITED STATES DISTRICT COURT**
**FOR THE DISTRICT OF COLUMBIA**

| | |
|---|---|
| SETH GALANTER,<br><br>   *Plaintiff*,<br><br><br>v.<br><br><br>U.S. DEPARTMENT OF EDUCATION,<br><br>   *Defendant*. | Case No. 26-1246<br><br>**NOTICE OF APPEARANCE** |

Please enter the appearance of Laura Bart as counsel for Seth Galanter in this action. Ms.

Bart is admitted or otherwise authorized to practice in this court.

Dated: April 24, 2025    Respectfully submitted,

           <u>/s/ *Laura Bart*</u>
           Laura Bart (D.C.
           Bar No. 90038373)
           National Student Legal
           Defense Network
           1701 Rhode Island Ave.
           NW
           Washington, D.C. 20036
           (202) 734-7495
           Laura@defendstudents.org

1