UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

|  |  |  |
|---|---|---|
| SETH GALANTER, | ) | |
| Plaintiff, | ) | |
| v. | ) | Civil Action No. 26-1246 (BAH) |
| U.S. DEPARTMENT OF EDUCATION, | ) | |
| Defendant. | ) | |

## **NOTICE OF APPEARANCE**

Defendant respectfully requests that the Clerk of the Court enter the appearance of the undersigned counsel, Zachariah Lindsey, on behalf of the Defendant in this matter.

Dated: May 4, 2026
      Washington, DC

Respectfully submitted,

By: */s/ Zachariah Lindsey*
    ZACHARIAH LINDSEY, Bar #1766679
    Assistant United States Attorney
    601 D Street, NW
    Washington, DC 20530
    Telephone: (202) 252-6612
    Zachariah.Lindsey@usdoj.gov

    *Counsel for Defendant*